IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

IN RE:  JASON K. SIMPSON and                                           CASE NO:  1:09-bk-17858
       MISTY L. SIMPSON, DEBTORS                                              CHAPTER 7

U.S. BANK, N.A.                                                                                          MOVANT

VS.

JASON K. SIMPSON; MISTY L. SIMPSON; and                          RESPONDENTS
JAMES C. LUKER, TRUSTEE

### ORDER GRANTING MOTION FOR RELIEF FROM STAY AND TO ABANDON

      Before the Court is the Motion for Relief from Stay and to Abandon of U.S. Bank, N.A.. The Court finds:

      1.  That on December 17, 2009, a notice and order were issued to the debtors, their attorney, and the trustee stating they had 21 days from the date of the notice to file a written response; that failure to file a response to the Motion for Relief from Stay and to Abandon would be deemed a statement of no opposition to the relief requested; and that the Court could enter, without further notice, an order granting the relief requested.

      2.  That the debtors and the trustee have not responded within the 20 days provided.

      3.  That the subject property of the Motion for Relief from Stay and to Abandon is described as follows:

**A part of the Southwest Quarter of the Southeast Quarter of Section Thirteen (13), Township Twelve (12) North, Range Nine (9) West, Cleburne County, Arkansas and more particularly described as follows: Commencing at the Northwest corner of the Southwest Quarter of the Southeast Quarter of Section 13, Township 12 North, Range 9 West, Cleburne County, Arkansas, thence South 88 degrees 20 minutes 45 seconds East along the North line of the Southwest Quarter of the Southeast Quarter of Section 13, Township 12 North, Range 9 West a distance of 335.80 feet to a set 3/8-inch iron reinforcement bar with a red plastic cap at the true point of beginning, thence South 03 degrees 49 minutes 48 seconds East a distance of 365.77 feet to a set 3/8-inch iron reinforcement bar with a red plastic cap, thence North 75 degrees 16 minutes 32 seconds East a distance of 245.09 feet to a set 3/8-inch iron reinforcement bar with a red plastic cap, thence North 00 degrees 59 minutes 59 seconds East a distance of 295.00 feet to a set 3/8-inch iron reinforcement bar with a red plastic cap, thence North 88 degrees 20 minutes 45 seconds West along the North line of the Southwest Quarter of the Southeast Quarter of Section 13, Township 12 North, Range 9 West a distance of 266.73 feet to the point of beginning.**

     This property is commonly known as 8974 HEBER SPRINGS RD. N, CONCORD, AR 72523.

     IT IS, THEREFORE, CONSIDERED, ORDERED, AND ADJUDGED, that the above-described property is abandoned from the bankruptcy estate; that the stay provisions of 11 U.S.C. §362 of the Bankruptcy Code should be, and hereby are, relaxed with regard to the property abandoned by this Order; that the provisions of Bankruptcy Rule 4001(a)(3) are not applicable to this Order; that U.S. Bank, N.A. may take immediate action upon entry of this Order; and that creditors with valid claims or interests in and to the abandoned property are released to pursue their usual lawful remedies, including reasonable attorney's fees of $650 and costs of $150, against Debtors' interest in said abandoned property, provided that the creditor shall account for and return to the trustee any surplus over the balance due which may be realized upon liquidation of the property.  Further, the provisions of §362 continue in full force and effect as to Debtors and to all other property of Debtors not itemized within this Order.  Suits or actions to enforce personal money judgments against Debtors are precluded by the operative provisions of §362 not lifted by this or other Orders of this Court.

*[signature: Audrey R Evans]*

HONORABLE AUDREY R. EVANS
U.S. BANKRUPTCY COURT JUDGE

APPROVED AS TO FORM:               January 8, 2010
/s/Mary A. Winzerling
Mary A. Winzerling
Attorneys for Movant
DYKE, HENRY, GOLDSHOLL & WINZERLING, P.L.C.
415 N. McKinley, Ste 555
Little Rock, AR 72205
(501) 661-1000

EOD 1/11/2010
by S Flint

cc:

James C. Luker, Trustee
P. O. Box 216
Wynne, AR 72396

Chris Foster
FOSTER LAW FIRM
Attorneys for Debtors
P. O. Box 1079
Heber Springs, AR 72543

Mary Winzerling